

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARY LOU NAVA, as next friend of ANGELA NAVA, a person with total mental incapacity, | § § § | No. 08-20-00049-CV |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| REVERSE MORTGAGE SOLUTIONS, INC. | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019-DCV-0910) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below.

It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF NOVEMBER, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.